IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE COTE**                                                                                                         **PLAINTIFF**

**v.**                                    **Case No. 3:20-cv-00370-LPR**

**STEVE FRANKS, Sheriff;**
**BRENT COX, Director of Operations;**
**WESLEY MANNING, Detention Officer**                                              **DEFENDANTS**

### ORDER

On December 14, 2020, I granted Plaintiff Ronnie Cote's petition to proceed *IFP* and screened his Complaint.[1] I recognized several pleading deficiencies and provided Mr. Cote the opportunity to amend his Complaint.[2] Mr. Cote has timely filed an Amended Complaint.[3] After a review of the Amended Complaint, I conclude that Mr. Cote's § 1983 claims predicated on alleged due process and first amendment violations now pass screening.[4] Mr. Cote's Amended Complaint does not, however, fix the fatal deficiencies that I previously identified with respect to his conditions-of-confinement claim.[5] Accordingly, that claim does not pass screening.

IT IS THEREFORE ORDERED that:

1. The § 1983 claims based on alleged due process and first amendment violations proceed. The § 1983 claim based on conditions-of-confinement is dismissed without prejudice.

2. The Clerk should prepare and deliver summonses, along with a copy of the

---

[1] Order, Doc. 4.

[2] *Id.* at 3.

[3] Amended Complaint, Doc.6.

[4] This conclusion should not be taken as a suggestion that the claims would survive an adversarial motion to dismiss or motion for summary judgment.

[5] Order, Doc. 4 at 3.

Amended Complaint and copies of my Orders,[6] to the United States Marshal for the Eastern District of Arkansas for service on each of the Defendants in his personal capacity.

3. Mr. Cote's motion for a copy of his file-marked Amended Complaint, Doc. 7, is granted. The Clerk is directed to send a copy of his Amended Complaint, the docket sheet, and this Order to Plaintiff.

Dated, this 21st day of January, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[6] Doc. Nos. 4, 6, & 8.