# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE COTE**                                                                            **PLAINTIFF**

**v.**                        **Case No. 3:20-cv-00370-LPR**

**STEVE FRANKS, Sheriff;**
**BRENT COX, Director of Operations;**
**WESLEY MANNING, Detention Officer**                         **DEFENDANTS**

## ORDER

Plaintiff Ronnie Cote brought this civil rights suit *in forma pauperis* and *pro se*. But he failed to carry out his obligations under Rule 26(f) to confer regarding a 26(f) report. (Doc. 12 & 14). On May 19, 2021, this Court ordered Mr. Cote to file, by June 1st, a response explaining why he had not conferred with Defendants as required by FED. R. CIV. P. 26(f) and stating any objections to Defendants' Rule 26(f) report. (Doc. 15). The Court explained to Mr. Cote his responsibilities to follow the rules and cautioned that failure to respond to the Court could result in dismissal under Local Rule 5.5(c)(2). Mr. Cote did not comply with that Order, and the time to do so has passed.

As a result of Mr. Cote's failure to prosecute or comply with the rules, the Court concludes that this case should be DISMISSED WITHOUT PREJUDICE.

Dated, this 4th day of June, 2021.

                                                                           _____
                                                                           LEE P. RUDOFSKY
                                                                           UNITED STATES DISTRICT JUDGE