# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE COTE**                                                                 **PLAINTIFF**

**v.**                          **Case No. 3:20-cv-00370-LPR**

**STEVE FRANKS, Sheriff;**
**BRENT COX, Director of Operations;**
**WESLEY MANNING, Detention Officer**                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of June, 2021.

                                                                LEE P. RUDOFSKY
                                                           UNITED STATES DISTRICT JUDGE